# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00497-CV

**Silverton Custom Homes, Inc., Appellant**

**v.**

**Bruce C. Covill and Candice Wade Covill, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GN102089, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Silverton Custom Homes, Inc. and appellees Bruce C. Covill and Candice Wade Covill have filed a notice of settlement and a joint motion to remand the cause to the trial court. We grant the motion, vacate the trial court's judgment, and remand the cause to the trial court with instructions to render judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Vacated and Remanded

Filed: March 4, 2004